No. 700. GAMBRELL ET AL. *v.* CHALK HILL THEATRE Co., LTD. ET AL. *Per Curiam:* The motions to dismiss are granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. *Everett L. Looney* for appellants. *Arthur P. Bagby* for the Chalk Hill Theatre Co., Ltd.; *James H. Hart* for the City of Austin; and *James P. Hart* for Staehely, appellees.

No. 745. JEFFERSON COUNTY BOARD OF EDUCATION ET AL. *v.* EVERETT, SUPERINTENDENT. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Henry M. Johnson* for appellants.

No. 258. SCHWABACHER ET AL. *v.* UNITED STATES ET AL. Order entered amending opinion.